**Opinion issued May 6, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00222-CV

————————————

## HONGHUA AMERICA, LLC, NCE MANAGEMENT, LLC, AND SICHUAN HONGHUA PETROLEUM EQUIPMENT , LTD., Appellants

## V.

## MANUEL ALFREDO SOSA, QUIPICA, LLC, AND QUIMICOS PETROLEOS INTEGRADOS, C.A., Appellees

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-56882**

---

## MEMORANDUM OPINION

The parties, representing that they have reached a resolution of this matter, have filed an agreed motion to dismiss the appeal. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2); 43.2(f). We dismiss all other pending motions as moot.


**PER CURIAM**


Panel consists of Justices Jennings, Higley, and Sharp.